UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Leon H. Rideout, et al.

    v.                              Civil No. 14cv489-PB

NH Secretary of State

**J U D G M E N T**

In accordance with the Order dated August 11, 2015, issued by U. S. District Judge Paul J. Barbadoro, judgment is herewith entered for the plaintiffs.

                              By the Court,

                              /s/ Daniel J. Lynch
                              Daniel J. Lynch
                              Clerk of Court

Date: August 11, 2015

cc:    William E. Christie, Esq.
        Gilles R. Bissonnette, Esq.
        Stephen G. LaBonte, Esq.
        Anne M. Edwards, Esq.