# United States Court of Appeals
## For the First Circuit

_____

No. 15-2021

LEON H. RIDEOUT, ANDREW LANGLOIS, BRANDON D. ROSS,

Plaintiffs, Appellees,

v.

WILLIAM M. GARDNER,

in his official capacity as Secretary of State of the State of New Hampshire,

Defendant, Appellant.

_____

**JUDGMENT**
Entered: September 28, 2016

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Sean Michael Marotta
Christopher Todd Handman
Neal Katyal
Eugene Volokh
Christopher T. Bavitz
Gilles R. Bissonnette
William E. Christie
Joseph A. Foster
Laura E. B. Lombardi
Stephen G. LaBonte